IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA BIDLINGMEYER | : | CIVIL ACTION |
| v. | : | |
| BROADSPIRE, et al. | : | 11-812 |

## ORDER

AND NOW, this 27th day of September, 2011, upon consideration of defendants' Motion for Judgment on the Pleadings (Docket No. 8), plaintiff's opposition thereto (Docket No. 9), defendants' reply (Docket No. 10) and supplemental memorandum (Docket No. 15), and following oral argument on July 14, 2011, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the motion is GRANTED. The Clerk of Court is directed to mark this case as closed.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.